IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

**FILED**
JUN 30 2021
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

Darryl W. McKnight
_Plaintiff_

1:21 CV 1264

CASE NO. _____

-vs-

JUDGE **JUDGE CALABRESE**

Cuyahoga County Justice System Center
_Defendant(s)_

COMPLAINT

Settlement Agreement of 100,000 dollars Requested for the Plaintiff.